# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| STERLING V. SPEIGHTS, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-4301-CV-C-FJG |
| JO ANNE BARNHART,<br>Commissioner, Social Security<br>Administration | ) |
| Defendant. | ) |

# ORDER

Currently pending before this Court is defendant's Motion to Reverse and Remand (Doc. # 11).

Agency counsel states that after review of the above referenced case, agency counsel requested the Appeals Council to review the transcript and hearing tape. Upon review, the Appeals Council determined that defects in the transcript necessitate remand to provide plaintiff with a new hearing. Agency counsel states that upon remand the Appeals Council will remand this case to the Administrative Law Judge who will be directed to conduct a de novo hearing.

Therefore, this Court hereby **ORDERS** that the Administrative Law Judge's decision is **REVERSED** and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

Date: April 25, 2006　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge